No. 799. CLEVELAND & PITTSBURGH RAILROAD CO. ET AL. *v.* PITTSBURGH COAL CO. April 29, 1935. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Frederic D. McKenney, John Spalding Flannery,* and *G. Bowdoin Craighill* for petitioners. *Messrs. Harold F. Reed, Don Rose,* and *John B. Eichenauer* for respondent.

No. 804. MORSE *v.* PENNSYLVANIA RAILROAD CO. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clayton R. Lusk* for petitioner. *Messrs. Frederic D. McKenney, John Spalding Flannery, G. Bowdoin Craighill,* and *Irving B. Diven* for respondent.

No. 806. SANTEE RIVER CYPRESS LUMBER CO. *v.* FORSHUR TIMBER CO. April 29, 1935. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Marion W. Seabrook* for petitioner. *Mr. W. C. Wolfe* for respondent.

No. 807. SQUIRE, SUPERINTENDENT OF BANKS OF OHIO *v.* LLOYDS CASUALTY CO. ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John W. Bricker* and *J. Roth Crabbe* for petitioner. *Mr. E. E. Stearns* for respondents.

No. 810. WOLVERINE PETROLEUM CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 29, 1935.